UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

NADIA ALEXANDER,

        Plaintiff,         Case No. 17-cv-10925

v.         Honorable Thomas L. Ludington

        Magistrate Judge Elizabeth A. Stafford

SOCIAL SECURITY, COMMISSIONER OF,

        Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT, DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, AND AFFIRMING THE FINDINGS OF THE COMMISSIONER**

Plaintiff Nadia Alexander filed an application for disability insurance benefits under the Social Security Act on August 15, 2014. Her application was denied, and so Alexander requested an administrative hearing. The hearing before the Administrative Law Judge occurred on November 10, 2015, and the ALJ found that Alexander was not disabled. She appealed to the Appeals Counsel, which denied review. On March 23, 2017, Alexander filed a complaint seeking judicial review of the denial of benefits. ECF No. 1.

The case was referred to Magistrate Judge Elizabeth A. Stafford. ECF No. 3. Both parties subsequently filed motions for summary judgment. ECF No. 15, 18. On April 24, 2018, Judge Stafford filed a report recommending that Plaintiff's motion for summary judgment be denied, the Commissioner's motion for summary judgment be granted, and the Commissioner's denial of benefits affirmed. ECF No. 19. Judge Stafford found that the ALJ properly considered and weighed the medical evidence.

Although the Magistrate Judge's report explicitly stated that the parties to this action may object to and seek review of the recommendation within fourteen days of service of the report, neither Plaintiff nor Defendant filed any objections. The election not to file objections to the Magistrate Judge's report releases the Court from its duty to independently review the record. *Thomas v. Arn*, 474 U.S. 140, 149 (1985). The failure to file objections to the report and recommendation waives any further right to appeal.

Accordingly, it is **ORDERED** that the Magistrate Judge's report and recommendation, ECF No. 19, is **ADOPTED**.

It is further **ORDERED** that Defendant Commissioner's motion for summary judgment, ECF No. 18, is **GRANTED.**

It is further **ORDERED** that Plaintiff Alexander's motion for summary judgment, ECF No. 15, is **DENIED.**

It is further **ORDERED** that the Commissioner of Social Security's decision is **AFFIRMED**.

Dated: May 11, 2018
s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on May 11, 2018.

s/Kelly Winslow
KELLY WINSLOW, Case Manager